IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN MAUER,<br><br>    Plaintiff,<br><br> vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Foreign Corporation;<br><br>    Defendant. | **8:19CV410**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Jared C. Olson, as counsel of record for Plaintiff, (Filing No. 25), is granted. Jared C. Olson shall no longer receive electronic notice in this case.

Dated this 14th day of April, 2020.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge